IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN MICHAEL DOMINY, | : | Civil No. 3:25-cv-1892 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT HARRY, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this __10th__ day of October, 2025, upon preliminary consideration of Plaintiff's complaint (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's application to proceed *in forma pauperis* is **GRANTED**. (Doc. 2).

2. Plaintiff shall pay the full filing fee of $350.00, based on the financial information provided in the application to proceed *in forma pauperis*. The full filing fee shall be paid regardless of the outcome of the litigation.

3. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden, or other appropriate official at Plaintiff's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    a. The average monthly deposits in the inmate's prison account for the past six months, or

    b. The average monthly balance in the inmate's prison account for the past six months.

    The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned

docket number. In each succeeding month, when the amount in Plaintiff's inmate trust fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number.

4. The Clerk of Court is directed to **SEND** a copy of this Order to the Superintendent/Warden of the institution wherein Plaintiff is presently confined.

5. The complaint is **DEEMED** filed.

6. Plaintiff shall **FILE** a proposed amended complaint on or before October 30, 2025. Any amended complaint shall comply with the Federal Rules of Civil Procedure, specifically Rules 8 and 20 as detailed in the accompanying Memorandum.

7. The amended complaint shall contain the same case number that is already assigned to this action, 3:25-cv-1892, shall be direct and concise, and shall stand-alone without reference to any other document filed in this matter.

8. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims and Defendants will be considered a failure to comply with an Order of Court. *See* FED. R. CIV. P. 20.

9. Failure to file an amended complaint within the time period set forth above will result in dismissal of the action.

_____
Robert D. Mariani
United States District Judge